**Electronically Filed
Supreme Court
SCWC-20-0000496
25-JAN-2023
02:14 PM
Dkt. 3 ODAC**

SCWC-20-0000496

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KATHERINE RENEE MCQUEEN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000496; CASE NO. 1CPC-19-0001394)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on December 14, 2022, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, January 25, 2023.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

